United States Bankruptcy Court
District of Oregon

In re:  
David Michael Hinkle  
Tracy Ann Hamblet  
     Debtors

Case No. 12-33721-elp  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0979-3     User: courtney     Page 1 of 1     Date Rcvd: Mar 21, 2014  
                         Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2014.  
99846244      OneWest Bank, FSB,    PO Box 829009,    Dallas, TX 75382-9009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2014                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2014 at the address(es) listed below:  
NONE.                                                                                             TOTAL: 0

210B (12/09)

# United States Bankruptcy Court

District of Oregon
Case No. 12-33721-elp13
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| David Michael Hinkle<br>523 Warner Parrott Road<br>Oregon City OR 97045 | Tracy Ann Hamblet<br>523 Warner Parrott Road<br>Oregon City OR 97045 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/21/2014.

Name and Address of Alleged Transferor(s):

Claim No. 5: OneWest Bank, FSB, PO Box 829009, Dallas, TX 75382-9009

Name and Address of Transferee:

Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
P.O. BOX 24605
West Palm Beach FL 33416-4605

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/23/14

Charlene M. Hiss
**CLERK OF THE COURT**