UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

In re )
) Case No. 12-33721-PCM13
DAVID M HINKLE )
TRACY A HAMBLET ) TRUSTEE'S MOTION TO DISMISS
) FOR FAILURE TO COMPLETE PLAN
) WITHIN SIXTY (60) MONTHS
Debtor(s). )
)

    Wayne Godare, Standing Chapter 13 Trustee ("Trustee"), moves this Court for an order dismissing this case due to the failure of Debtor(s) to complete the plan within the sixty-month limit as required by 11 U.S.C. § 1322(d). The sixtieth plan payment was due in May 2017.

    The plan appeared feasible at the time of confirmation. However, Debtor(s) failed to:

___    pay to the Trustee all required plan payments

___    pay to the Trustee all tax refunds as required by plan ¶1(c)

___    provide the Trustee copies of tax returns for tax year(s) _____

___    pay to the Trustee additional income as required by plan ¶___

**XX**    sell or refinance an interest in real property by June 1, 2015

The amount necessary to pay off the case is approximately **$78,850.**

    The Trustee requests the Court dismiss this case since the plan has run well beyond the maximum sixty-month limit and is not complete. The Trustee requests the Court set a hearing on this Motion.

Dated: June 30, 2017                  /s/ *Wayne Godare*
                                                Standing Chapter 13 Trustee

    I certify that on June 30, 2017, copies of this Motion were served on Debtor(s) via first class mail, at the address listed in the Court records, and on the attorney for Debtor(s) electronically via ECF.

                                                 /s/ *Wayne Godare*
                                                 Standing Chapter 13 Trustee