| | |
|---|---|
| IN RE: ) | CASE NO. 12-33721 - PCM |
| ) | |
| DAVID M HINKLE ) | **SPECIAL NOTICE** |
| TRACY A HAMBLET ) | RE: FED. BANKR. RULE 3002.1 |
| ) | |

# NOTICE OF FINAL PAYMENTS & COMPLETION OF PAYMENTS UNDER THE PLAN

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee below files Notice that the amount required to cure the default in the below claim has been paid in full and that the debtor has completed all payments under the plan.

**Name of Creditor**: NATIONSTAR MORTGAGE LLC

Court Claim#: 9               Account #: 0618714356  1ST MTG ARREARS
Trustee Claim #: 002-0

**Amount of Allowed Pre-Petition Arrears:** $68850.09
**Amount Paid by Trustee:** $68850.09
**Relief From Stay Was Granted:**
**Loan Modification:**
**Paid Through Escrow:**
**Surrendered per Modified Plan:**
**Other:**

Federal Bankruptcy Rule 3002.1(g) requires that within 21 days of the service of this Notice, the creditor must file and serve upon the debtor, debtor's counsel and the trustee, a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default on the claim and whether the debtor is otherwise current on all payments consistent with §1322(b)(5) of the Code.  The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to so file may subject the creditor to further action of the Court including possible sanctions.

August 31, 2017                                         /s/  Wayne Godare
                                                        Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 31   day of August , 2017.

DAVID M HINKLE
TRACY A HAMBLET
523 WARNER PARROTT ROAD
OREGON CITY, OR. 97045


GEORGE HOSELTON
ATTORNEY AT LAW
PO BOX 370
GLADSTONE, OR. 97027-0000

NATIONSTAR MORTGAGE LLC
ATTN BANKRUPTCY DEPT
PO BOX 619094
DALLAS, TX. 75261-

U.S. Trustee




Dated: August 31, 2017

/s/  Audrey Jackson
*For* The Office of The Chapter 13 Trustee