UNITED STATES BANKRUPTCY COURT

District Of Oregon

IN RE:                                           CASE NO: 1233721

TRACY A HAMBLET                   CHAPTER 13

Debtor (s)

**NOTICE OF CLAIM SATISFACTION**

As to Claim 2 filed on 05/18/2012, Wells Fargo Bank, N.A. ("Wells Fargo") files this notice that its claim has been satisfied and the Debtor(s) have no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee.

                                                                           /s/ Janet L Samuelson
                                                                           Janet L Samuelson
                                                                           Bankruptcy Specialist
                                                                           Wells Fargo Bank, N.A.
                                                                           PO Box 10438
                                                                           Des Moines, IA 50306-0438
                                                                           1-800-847-8899

BKNOCS (03/2017)