UNITED STATES BANKRUPTCY COURT

District Of Oregon

IN RE: CASE NO: 1233721

TRACY A HAMBLET and DAVID M HINKLE  CHAPTER 13

Debtor (s)

**NOTICE OF CLAIM SATISFACTION**

As to Claim 4 filed on 05/24/2012, Wells Fargo Bank, N.A. ("Wells Fargo") files this notice that its claim has been satisfied and the Debtor(s) have no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee.

/s/ Chad D Panzer
Chad D Panzer
Bankruptcy Specialist
Wells Fargo Bank, N.A.
435 Ford Road, Suite 300
Saint Louis Park, MN 55426
1-866-862-9753

BKNOCS (03/2017)